AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MARSHALL BURGESS, JR.,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-cv-00628-HDM-VPC**

FEDERAL BUREAU OF
INVESTIGATIONS,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as factually frivolous.

   November 16, 2010                             **LANCE S. WILSON**
                                                                     Clerk

                                                             /s/ Katie Lynn Ogden
                                                                  Deputy Clerk